UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS** | **:** | **CASE NO. 5:22-cv-04276** |
| **VERSUS** | **:** | **JUDGE S MAURICE HICKS, JR** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 24], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 24] be **ADOPTED**. Accordingly, the Motion to Dismiss [doc. 18] is **GRANTED**, and all claims in this matter are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of October, 2023.

_____
S. MAURICE HICKS, JR., JUDGE
UNITED STATES DISTRICT COURT